# United States District Court
## Violation Notice
(Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| EV-12 | 9651731 | Acorn | 208 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense | Offense Charged ☐ CFR ☐ USC ☐ State Code |
|---|---|
| 09/22/2020 1107 | VSC 46.2-300 |

**Place of Offense:** National Geospatal Intelligence agency, Fort Belvoir, Va 22060

**Offense Description: Factual Basis for Charge** HAZMAT ☐

Driving without a vaild operators license

### DEFENDANT INFORMATION

**Last Name:** Vlado
**First Name:** George

**Tag No.:** D36-MCM **State:** NJ **Year:** 2010 **Make/Model:** Dodge/RAM **PASS** ☐ **Color:** Grey

| APPEARANCE IS REQUIRED | APPEARANCE IS OPTIONAL |
|---|---|
| A ☐ If Box A is checked, you must appear in court. See instructions. | B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions. |

$ 115  Forfeiture Amount
+ $30  Processing Fee

**PAY THIS AMOUNT AT** www.cvb.uscourts.gov →
$ 145  Total Collateral Due

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

**Court Address:** 401 Court house Square, Alexandria, Va
**Date:** 7 Dec
**Time:** 0900

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy

*9651731*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **Sept 22**, 20**20** while exercising my duties as a law enforcement officer in the **Eastern** District of **Virginia**

At 1026 hours, 22 Sept 2020. I unit 208 (ACORN) was dispatched 7500 Geoint Dr for a identification verification. Upon arrival I made contact with Mr. Vlado, George. He did not have a drivers licenses on his person. He also did not know his altenet. I then proceeded to write a CVB. The vehicle was released to his wife MRS. Vlado and her licenses was valid. They were both released on there own recognizance.

The foregoing statement is based upon:
☐ my personal observation  ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

**Executed on:** 09/22/2020
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

**Executed on:** _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 10/05/2020 15:28
CVB SCAN 10/05/2020 15:28